```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARTHUR SCOTT,

                      **Plaintiff,**                        21-CV-03889 (ALC)(SN)

      -against-                                      **ORDER**

WELLS FARGO SECURITIES,

                      **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On November 11, 2021, the parties notified the Court that the matter has been resolved.

The Initial Pretrial Conference previously scheduled for November 17, 2021 is ADJOURNED.

The parties shall file a Stipulation of Dismissal with Prejudice by no later than January 3, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               November 15, 2021