```
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/9/21_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR SCOTT,<br><br>        Plaintiff,<br><br>-against-<br><br>WELLS FARGO SECURITIES LLC,<br><br>        Defendant. | 21-cv-3889 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: December 9, 2021
     New York, New York

                     */s/ Andrew L. Carter, Jr.*
                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**